UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONNA DEMATO,

        Plaintiff,

                                        CASE NO.:  9:19-cv-80147

v.

LM GENERAL INSURANCE
COMPANY,

        Defendant.
_____/

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, LM General Insurance Company, files this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1.      Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2.      LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

3.      Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

4.      Liberty Mutual Insurance Company owns 100% of the stock of LM General Insurance Company.

BUTLER WEIHMULLER KATZ CRAIG LLP


DAVID B. KROUK, ESQ.
Florida Bar No.:  0949840
dkrouk@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.:  108447
jnovaes@butler.legal
Secondary:   llopez@butler.legal
                    ehorton@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:     (813) 281-0900
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to the following:

Matthew A. Goldberger, Esq.
Matthew A. Goldberger, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL  33401
matthew@goldbergerfirm.com
Secondary:  service@goldbergerfirm.com
Co-Counsel for Plaintiff

Brandon L. Chase, Esq.
Law Offices of Brandon L. Chase, P.A.
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL  33134
bchase@cruiselawmiami.com
Secondary:  assistant@cruiselawmiami.com
Co-Counsel for Plaintiff


JAMIE COMBEE NOVAES, ESQ.